UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADAM LESLIE-DAVID KOLB | CIVIL ACTION |
| VERSUS | NO. 21-1194 |
| WARDEN E. DUSTIN BICKHAM, ET AL. | SECTION M (3) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation (R&R),[1] and the failure of any party to file an objection to the R&R, hereby approves the R&R, and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that the defendants' motion to dismiss (R. Doc. 17) is **DENIED WITHOUT PREJUDICE AS MOOT**.

New Orleans, Louisiana, this 11th day of April, 2022.

                                                          _____
                                                          **BARRY W. ASHE**
                                                          **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 21.